(SPACE BELOW FOR FILING STAMP ONLY)

Howard M. Garfield, Esq. (SBN 43369)
Sasha D. Collins, Esq. (SBN 224251)
**VICTORIUM LEGAL, INC.**
2043 Anderson Road Suite C
Davis, California 95616-0676
Telephone: (530)-601-3311

Attorneys for Plaintiff,
ANNETTE R. STILLER TULL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE R. STILLER TULL, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>UNDERWRITERS LABORATORIES INC. dba UL SOLUTIONS, INC., a Delaware corporation; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01408-DJC-JDP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action against Defendant The Prudential Insurance Company Of America, a New Jersey Corporation, with each party bearing its own attorney's fees and costs.

Dated: September 13, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE