1  HOWARD GARFIELD (SBN: 43369)
   **GARFIELD LEGAL, PC**
2  1296 E. Gibson Road Suite A-360
3  Woodland, CA 95776
   howard@garfieldlegal.com
4  (530) 325-4852

5

6  **Attorney for ANNETTE R. STILLER TULL**

7
                     UNITED STATES DISTRICT COURT
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10  ANNETTE R. STILLER TULL, an          Case Number: 2:24-cv-01408-DJC-JDP
    individual,
11                                        **ORDER**
                    Plaintiffs,
12
          v.
13

14  UL LLC dba UL SOLUTIONS, an Illinois
    Corporation,
15
                    Defendants.
16

17

18
     Upon good cause being shown, the Court hereby orders that Howard Garfield of Garfield
19
Legal PC be substituted in as counsel of record for Plaintiff Annette R. Stiller Tull in United States
20
District Court Eastern District of California Case Number 2:24-cv-01408-DJC-JDP as of
21
December 19, 2024.
22
     IT IS SO ORDERED.
23

24
                                              /s/ Daniel J. Calabretta
25  Dated:  December 20, 2024               Hon. Daniel J. Calabretta
                                            UNITED STATES DISTRICT JUDGE
26

27

28
                                         - 3 -
                CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: [PROPOSED] ORDER