STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
STEPHANIE TEECE, Bar No. 313917
steece@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:    925.932.2468
Facsimile:    925.946.9809

Attorneys for Defendant UL SOLUTIONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE R. STILLER TULL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UL LLC dba UL SOLUTIONS, an Illinois Corporation,<br><br>Defendants. | Case No. 2:24-cv-01408-DJC-JDP<br><br>**ORDER GRANTING DEFENDANT UL SOLUTIONS' REQUEST SEAL PLAINTIFF'S CONFIDENTIAL INFORMATION TO BE FILED BY APRIL 17TH IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br><br>Trial Date:    October 19, 2026 |

# **ORDER**

The Court, having reviewed Defendant UL LLC d/b/a UL SOLUTIONS' ("UL") Notice of and Request to Seal Documents, the Declaration of Steven A. Groode, and all exhibits submitted therewith, including the documents at issue, rules as follows:

Defendant UL's Request to Seal Plaintiff's Confidential Information is **GRANTED**.  The Court hereby **ORDERS** that the Prudential Records identified as Bates Nos. **P-000001–514**, submitted as part of Exhibit B in support of UL's forthcoming motion for summary judgment, shall be permanently sealed. Access to the unredacted versions of these records shall be limited to the parties and their counsel.

**IT IS SO ORDERED**.

Dated:  April 15, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

4913-7010-5248 / 118575.1051

LITTLER MENDELSON, P.C.
Treat Towers, 1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
925.932.2468

2    CASE NO. 2:24-cv-01408-DJC-JDP

ORDER GRANTING DEFENDANT UL SOLUTIONS' REQUEST SEAL PLAINTIFF'S CONFIDENTIAL INFORMATION