HOWARD M. GARFIELD (SBN 43369)
**GARFIELD LEGAL, P.C.**
1100 Main Street, Suite 220
Woodland, CA 95695
Telephone: (530) 325-4852
Email: Howard@garfieldlegal.com

Attorney for Plaintiff
ANNETTE R. STILLER TULL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE R. STILLER TULL, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>UL LLC dba UL SOLUTIONS, an Illinois Corporation,<br>Defendant. | Case No.: 2:24-CV-1408<br><br>**JOINT STIPULATION AND ORDER TO VACATE TRIAL DATE AND PROVIDE FOR PRIVATE MEDIATION**<br><br>Judge: Daniel J. Calabretta<br>Trial Date: October 19, 2026<br>Time: 8:30 AM<br>Courtroom: 7 |

Plaintiff Annette R. Stiller Tull ("Plaintiff") and Defendant UL LLC d/b/a UL Solutions ("Defendant") (collectively, the "Parties"), through their undersigned counsel of record, stipulate and respectfully request that the Court enter the proposed order below.

**WHEREAS,**

1. The trial in this action is currently set to begin on October 19, 2026;
2. On August 25, 2026, the Court vacated the Final Pretrial Conference;
3. The Parties agree that a private mediation is appropriate and may facilitate resolution of this action without further trial-related expenditure;
4. The Parties agree to participate in half-day remote mediation through ADR Services with a mutually agreeable mediator, to be completed no later than November 6, 2026;
5. The Parties agree to file a joint status report with the Court no later than November 11,

2026, advising the Court whether the case has resolved or whether a new trial date should be set; and

5. The Parties respectfully submit that their agreement to participate in mediation constitutes good cause to vacate the presently scheduled October 19, 2026 trial date under Federal Rule of Civil Procedure 16(b)(4).

**THEREFORE, the Parties hereby stipulate as follows:**

6. The Parties request that the Court vacate that trial date and reset trial, if necessary, after the mediation and further case-management proceedings.

DATED: September 8, 2026

GARFIELD LEGAL, PC

/s/ Howard M. Garfield

______________________________

Howard M. Garfield
Attorney for Plaintiff Annette R. Stiller-Tull

DATED: September 8, 2026

LITTLER MENDELSON, PC

/s/ Steven A. Groode

______________________________

Steven A. Groode
Stephanie Teece
Attorneys for Defendant
UL LLC d/b/a UL Solutions

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED:

1. The trial date of October 19, 2026 is VACATED.
2. The Court will reset the Final Pretrial Conference and trial, if necessary, following mediation and further orders of the Court.
3. The Parties shall complete private mediation no later than November 6, 2026.4.
4. The Parties shall file a joint status report no later than November 11, 2026, advising the Court of the outcome of mediation and whether a new trial date is required.

IT IS SO ORDERED.

Dated: September 10, 2026

/s/ Daniel J/. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE